| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| WESTERN DISTRICT OF VIRGINIA | |
| Case number (if known) _____ Chapter **11** | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Physical Investments Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  47-5315868

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5101 Greenfield Street, SW** <br> **Roanoke, VA 24018** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Roanoke City** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor    **Physical Investments Inc.**    Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   **5311**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor **Physical Investments Inc.** Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☒ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  **Physical Investments Inc.**  Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Physical Investments Inc.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 18, 2025**
MM / DD / YYYY

X **/s/ Edward A. Toomey, V**
Signature of authorized representative of debtor

**Edward A. Toomey, V**
Printed name

Title **CEO/President**

**18. Signature of attorney**

X **/s/ Andrew S. Goldstein**
Signature of attorney for debtor

Date **July 18, 2025**
MM / DD / YYYY

**Andrew S. Goldstein**
Printed name

**Magee Goldstein Lasky & Sayers, P.C.**
Firm name

**Post Office Box 404**
**Roanoke, VA 24003-0404**
Number, Street, City, State & ZIP Code

Contact phone **(540) 529-1609**    Email address **agoldstein@mglspc.com**

**28421 VA**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Physical Investments Inc.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank of Botetourt** <br> **PO Box 339** <br> **Buchanan, VA 24066** | | | | | | **$281,779.83** |
| **REI Contractors, Inc.** <br> **1547 Riverdale Rd, SE,** <br> **Roanoke, VA 24014** | | | | | | **$181,845.00** |
| **Brandon Williams** <br> **1774 Meadows Road** <br> **Vinton, VA 24179** | | | | | | **$130,000.00** |
| **Stephen & Ona Allen** <br> **2524 Mount Pleasant Blvd. SE** <br> **Roanoke, VA 24014** | | | | | | **$47,980.00** |
| **American Express** <br> **PO Box 981535** <br> **El Paso, TX 79998** | | | | | | **$18,641.00** |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Part 2: Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

**/s/ Edward A. Toomey, V**_____
**Signature of Debtor 1**                                    **Signature of Debtor 2**

Date **07/18/2025**_____                                  Date _____

Physical Investments Inc. -

AMERICAN EXPRESS
PO BOX 981535
EL PASO, TX 79998


BANK OF BOTETOURT
PO BOX 339
BUCHANAN, VA 24066


BLUE OCEAN MORTGAGE LLC
4401 GREENLACE CIRCLE, SW
ROANOKE, VA 24018


BRANDON WILLIAMS
1774 MEADOWS ROAD
VINTON, VA 24179


CARRINGTON MORTGAGE SERVICES
1600 S DOUGLASS RD., SUITE 110
ANAHEIM, CA 92806


CITY OF ROANOKE, TREASURER
215 CHURCH STREET, S.W., #254
ROANOKE, VA 24011


DAVID URGO
200 JOHN ARTHUR ROAD
BOONES MILL, VA 24065


DE CUBAS & LEWIS
PO BOX 5026
FORT LAUDERDALE, FL 33310


FAY SERVICING, LLC
1601 LYNDON B. JOHNSON FWY
DALLAS, TX 75234


HANS STOWASSER
5409 WARWOOD DRIVE
ROANOKE, VA 24018


IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Physical Investments Inc. -

ORLANS LAW GROUP PLLC
PO BOX 2548
LEESBURG, VA 20177

ORLANS PC
PO BOX 2548
LEESBURG, VA 20177

PARADIME VENTURES LLC
3800 ELECTRIC ROAD, SUITE 206
ROANOKE, VA 24018

PRIME HOME BUYERS, LLC
1315 2ND STREET, SW, #106
ROANOKE, VA 24016

PRIVATE LENDING LLC
647 WOODS GAP RD., SE
FLOYD, VA 24091

REI CONTRACTORS
1547 RIVERDALE ROAD, SE
ROANOKE, VA 24014

RESTORATION TURNKEY INVESTMENTS, LL
925 1ST STREET, SW
ROANOKE, VA 24016

ROANOKE COUNTY TREASURER
PO BOX 21009
ROANOKE, VA 24018-0533

SELENE FINANCE LP
3501 OLYMPUS BLVD, SUITE 500
COPPELL, TX 75019

SHELLPOINT MORTGAGE SERVICING LLC
75 BEATTIE PL #300
GREENVILLE, SC 29601

STEPHEN AND ONA ALLEN
2524 MOUNT PLEASANT BLVD, SE
ROANOKE, VA 24014

Physical Investments Inc. -

```
VIRGINIA DEPARTMENT OF TAXATION
OCC/BANKRUPTCY
PO. BOX 2156
RICHMOND, VA 23218


VOGEL LAW GROUP, PLC
204 MCCLANANHAN ST., SW
ROANOKE, VA 24014


WILLIAM KERN
2309 STALLION CIRCLE
ROANOKE, VA 24018


WRM3 LLC
118 CAREY AVENUE
SALEM, VA 24153
```

# United States Bankruptcy Court
## Western District of Virginia

In re  **Physical Investments Inc.**
Debtor(s)

Case No.
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Physical Investments Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Edward A. Toomey, V**
**5101 Greenfield Street, SW**
**Roanoke, VA 24018**

☐ None [*Check if applicable*]

**July 18, 2025**
Date

**/s/ Andrew S. Goldstein**
**Andrew S. Goldstein**
Signature of Attorney or Litigant
Counsel for   **Physical Investments Inc.**
**Magee Goldstein Lasky & Sayers, P.C.**
**Post Office Box 404**
**Roanoke, VA 24003-0404**
**(540) 529-1609 Fax:(540) 343-9898**
**agoldstein@mglspc.com**

**United States Bankruptcy Court**
**Western District of Virginia**

In re  **Physical Investments Inc.**                                          Case No.
                              Debtor(s)                                       Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Edward A. Toomey, V**, declare under penalty of perjury that I am the **CEO/President** of **Physical Investments Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **18th** day of **July**, 20**25**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Edward A. Toomey, VA**, **CEO/President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Edward A. Toomey, VA**, **CEO/President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Edward A. Toomey, VA**, **CEO/President** of this Corporation is authorized and directed to employ **Andrew S. Goldstein**, attorney and the law firm of **Magee Goldstein Lasky & Sayers, P.C.** to represent the corporation in such bankruptcy case."

Date  **July 18, 2025**                                    Signed  **/s/ Edward A. Toomey, V**
                                                                   **Edward A. Toomey, V**

Resolution of Board of Directors
of
**Physical Investments Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Edward A. Toomey, V**, **CEO/President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Edward A. Toomey, V**, **CEO/President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Edward A. Toomey, V**, **CEO/President** of this Corporation is authorized and directed to employ **Andrew S. Goldstein**, attorney and the law firm of **Magee Goldstein Lasky & Sayers, P.C.** to represent the corporation in such bankruptcy case.

Date  **July 18 2025**                                                         Signed  **/s/ Edward A. Toomey, V**